UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-23391-CIV-ALTONAGA/Damian

**EDITH SHOUSE**,

    Plaintiff,
vs.

**NCL (BAHAMAS) LTD.**, *et al.*,

    Defendants.
_____/

### ORDER

**THIS CAUSE** came before the Court *sua sponte*. Defendants appear to have been served. (*See* Returns of Service [ECF Nos. 5 and 6]). To better manage the orderly progress of the case, it is

**ORDERED** that Defendants shall submit a single combined response or separate answers by **November 6, 2023**.

**DONE AND ORDERED** in Miami, Florida, this 21st day of October, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record